**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-4810

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

DONALD STANTON SHEALEY, a/k/a Face, a/k/a Diddy, a/k/a Face Diddy, a/k/a The City,

       Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (5:08-cr-00282-F-2)

Submitted: February 10, 2011      Decided: February 17, 2011

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Stanton Shealey, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Michael Gordon James, Denise Walker, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Stanton Shealey appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Shealey</u>, No. 5:08-cr-00282-F-2 (E.D.N.C. July 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>