IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-282-F-2
No. 5:12-CV-538-F

| | |
|---|---|
| DONALD STANTON SHEALEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER TO FILE UNDER SEAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's response in opposition to motion to reconsider [D.E. 714] filed under seal be allowed.

This 2 6 day of October, 2015.

_____
JAMES C. FOX
Senior United States District Judge