IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-2
No. 5:12-CV-00538-F

| | |
|---|---|
| DONALD STANTON SHEALEY,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>) |

This matter is before the court on Donald Stanton Shealey's letter motion [DE-735] received by the court on November 30, 2015. In his letter motion, Shealey requests that portions of the court's November 13, 2015 Order [DE-728] be redacted. Believing that Shealey has shown good cause for his request, his motion will be ALLOWED to the extent that the court's November 13, 2015 Order [DE-728] will be maintained under seal.

SO ORDERED.

This the 3 day of December, 2015.

James C. Fox
Senior United States District Judge