IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD STANTON SHEALEY, | ) | |
| Defendant. | ) | |

This matter is before the court on Donald Stanton Shealey's Motion Requesting the Court to Order the Probation Office to Prepare an Amended PSR [DE-727]. In his motion, Shealey requests that this court order the U.S. Probation Office to prepare an amended Presentence Report. According to Shealey, he has pending motions that will alter his status as a career offender and the application of the § 851 to his case.

A review of the record reveals that Shealey has no pending motions before this court other than the instant motion. The court concludes that Shealey has failed to show cause for this court to order an amended Presentence Report. Consequently, Shealey's Motion Requesting the Court to Order the Probation Office to Prepare an Amended PSR [DE-727] is DENIED.

SO ORDERED.

This, the 4 day of December, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge