IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-2
No. 5:12-CV-00538-F

| | |
|---|---|
| DONALD STANTON SHEALEY, ) | |
| Petitioner ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the court on Donald Stanton Shealey's Motion for Reconsideration [DE-740]. In his motion, Shealey argues that this court should reconsider its November 13, 2015 Order. Following a review of the record, the court's November 13, 2015 Order [DE-728], and the Magistrate Judge's Order and Memorandum and Recommendation [DE-699], the court sees no meritorious reason to disturb its ruling. Accordingly, Shealey's Motion for Reconsideration [DE-740] is DENIED.

SO ORDERED.

This, the _16_ day of December, 2015

James C. Fox
Senior United States District Judge