IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD STANTON SHEALEY, | ) | |
| Defendant. | ) | |

This matter is before the court on Donald Stanton Shealey's Motion for Reconsideration [DE-742]. In his motion, Shealey requests that this court reconsider its order denying his request for the court to prepare an amended Presentence Report. "The purpose of a presentence report is to inform the judge of the facts relevant to sentencing." *United States v. Brown*, 557 F.3d 297, 299 (6th Cir. 2009). Shealey's Presentence Report was accurate at the time it was used for sentencing, and the changes Shealey refers to do not warrant amending his Presentence Report. Accordingly, Shealey's Motion for Reconsideration [DE-742] is DENIED.

SO ORDERED.

This, the 18 day of December, 2015

*James C. Fox*
James C. Fox
Senior United States District Judge