IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00282-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD STANTON SHEALEY | ) | |
| | ) | |

This matter is before the court on *pro se* Defendant Donald Stanton Shealey's letter, [DE-772], received on March 18, 2016, in which Mr. Shealey requests reconsideration of his sentence. For the reasons stated in the court's Order of March 22, 2016, the court construes Mr. Shealey's letter as an unauthorized successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. *See* Order of March 22, 2016 [DE-773]. The instant motion is DISMISSED without prejudice to seek pre-filing authorization from the Fourth Circuit Court of Appeals. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED.

This the 9th day of May, 2016.

_____
JAMES C. FOX
Senior United States District Judge