UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD STANTON SHEALEY | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of the .44 caliber Interarms Virginian Dragoon revolver serial number 526307, by destruction, incapacitation, or other means in accordance with its regulations.

This the  30th  day of  March , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge