IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:08-CR-282-2FL
Civil No. 5:23-CV-404-FL

| | | |
|---|---|---|
| DONALD STANTON SHEALEY, | ) | |
| Petitioner, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA | ) ) | |
| Respondent. | ) ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, **within 40 days** of the filing of this order.

SO ORDERED, this the 25th day of July, 2023.

LOUISE W. FLANAGAN
United States District Judge